IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  vs.                           : CIVIL NO: C-1-00-501
                                   : MAGISTRATE JUDGE HOGAN

**RUSS G. FOSTER,**

      **Defendant.**

## PLAINTIFF'S REQUEST FOR ISSUANCE OF AN ARREST WARRANT

Plaintiff, United States of America, respectfully requests this Honorable Court to issue an arrest warrant for **Russ G. Foster** to answer for his/her failure to appear Thursday, April 28, 2005 as ordered by this Court. The Order to Show Cause, filed March 17, 2005, was mailed to Defendant by first class postage paid mail as evidenced by the attached photocopy of the Certificate of Mailing on March 24, 2005. Plaintiff states this mailing was not returned as undeliverable and therefore concludes Defendant received said notification of the Show Cause hearing.

                                            Respectfully submitted,

                                            GREGORY G. LOCKHART
                                            United States Attorney

                                            s/Deborah F. Sanders
                                            DEBORAH F. SANDERS (0043575)
                                            Assistant United States Attorney
                                            Attorney for Plaintiff
                                            303 Marconi Boulevard, Suite 200
                                            Columbus, Ohio  43215
                                            (614) 469-5715
                                            Fax:  (614) 469-5240
                                            Deborah.Sanders @usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Plaintiff's Request for Issuance of an Arrest Warrant was filed using the CM/ECF system and mailed this 3rd day of June 2005, to Russ G. Foster, 12 Queens Court, West Chester, OH 45069 by first class, postage paid mail.

s/ Deborah F. Sanders
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney
