| U.S. POSTAL SERVICE | CERTIFICATE OF MAILING |
|---|---|

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From: United States Attorney's Office
Southern District of Ohio
303 Marconi Blvd, Suite 200
Columbus, OH 43215

One piece of ordinary mail addressed to:

Russ G. Foster
12 Queens Court
West Chester, Ohio 45069

PS Form 3817, January 2001

U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
$00.90°
MAR 24 2005
02 1A
0004201378
MAILED FROM ZIP CODE 43215