FILED
JAMES BONINI
CLERK

05 JUL 15 PM 1:23

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

: CIVIL NO: C-1-00-501
: MAGISTRATE JUDGE HOGAN
Spiegel

RUSS G. FOSTER,

12 Queens Court
West Chester, OH 45069

Defendant.

**BENCH WARRANT**

TO ANY UNITED STATES MARSHAL:

It is appearing that the above named Defendant failed to appear before the **Honorable Magistrate Judge Hogan**, United States District Court Judge at Cincinnati Ohio, on **April 28, 2005**, as directed and in view thereof, no cause to the contrary having been shown, the Court Ordered the arrest of said Defendant and directed that this warrant issue;

**Therefore you are commanded to arrest:**

**Russ G. Foster** and bring him/her forthwith before the **UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION, at CINCINNATI, OHIO**, to answer to the charge of failure to appear.

Bond fixed by the Court at $_____, dated at Cincinnati, Ohio by the direction of the Court on _____.

*Marshal shall locate
Defendant and transport
to Federal Courthouse
in Cincinnati, Ohio.

* Marshal shall not input
Defendant's Personal information
into Criminal data base until
the Court and the U.S. Attorney's
Office have been notified.

**James Bonini, Clerk**
UNITED STATES DISTRICT COURT

Arthur Hill
By: Deputy Clerk

Date: 6-8-05

## RETURN

This Bench Warrant was received and executed with the arrest of the above named Defendant at

RETURNED UNEXECUTED. WARRANT QUASHED,

DATE RECEIVED _____

DATE OF ARREST _____

DATED AT CINCINNATI, OHIO ON
06/24/05

_____

Signature of Arresting Officer

_____ 3058 DSN
Title of Arresting Officer